# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | DOCKET NO. 13-4777(L) |
| Appellee | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEMORRIS LAMAR ANDERSON, | ) | |
| | ) | |
| & | ) | |
| | ) | DOCKET NO. 13-4916 |
| GARY MOUNTCASTLE, | ) | |
| | ) | |
| Appellants. | ) | |
| | ) | |

## RESPONSE TO APPELLANT ANDERSON'S PRO SE
## MOTION FOR APPOINTMENT OF NEW COUNSEL

   NOW COMES Scott Gsell counsel for Appellant Demorris Lamar Anderson and in response to Appellant's motion for appointment of new counsel states unto this Court:

   1. Counsel has been unable to speak directly with Mr. Anderson concerning his motion despite recent attempts to do so. Counsel left a telephone message for Mr. Anderson's case manager as well as an e-mail to the Executive Assistant at USP Lee concerning the need to speak with Mr. Anderson about this matter.

2. Prior to receiving Mr. Anderson's motion, counsel and Mr. Anderson had a number of conversations, both face to face and on the telephone, concerning the appeal and what issue(s) to address. Counsel informed Mr. Anderson of the research that had been performed and what concerns this Court may have concerning the issue(s).

3. Mr. Anderson informed counsel that he had performed his own research on the agreed upon issue(s) and was going to forward counsel the cases that he found. However, counsel never received any cases or other research materials from Mr. Anderson.

4. Counsel was of the impression that there was agreement on how to proceed. Accordingly, counsel has completed the necessary research and has drafted the opening brief.

5. Appellant's motion is the first time a possible claim for ineffective assistance of counsel has been raised by Mr. Anderson during any of our conversations. Without more information, counsel is unable to respond to that claim.

6. Counsel is prepared to file the Appellant's Opening Brief and Joint Appendix on the filing date of July 18, 2014.

Wherefore, counsel for Appellant Anderson respectfully prays for whatever relief the Court deems just and proper.

Respectfully submitted this 14th day of July 2014.

/<u>s/Scott Gsell</u>
Attorney for Appellant Anderson
212 South Tryon Street
Suite 1615
Charlotte, NC  28281
Tel  704.342.5400
Fax  704.342.2888
e-mail: sgnclaw@earthlink.net

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2014, I caused this Response to Appellant Anderson's Pro Se Motion for Appointment of New Counsel to be filed electronically with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

> Amy E. Ray
> Assistant United States Attorney
> 100 Otis Street
> Room 233
> Asheville, NC  28801
> amy.ray@usdoj.gov

I, Scott Gsell, hereby certify that on July 14, 2014, a copy of the forgoing Response to Appellant Anderson's Pro Se Motion for Appointment of New Counsel , was served on the following interested parties, by mailing a true and correct copy thereof, in the United States mail, postage prepaid:

> Demorris Lamar Anderson, USMN 20167-058
> USP Lee
> Lee County Industrial Park
> Hickory Flats Road
> Penningtonn Gap, VA  24277

**/s/  Scott Gsell**
Counsel for Appellant Anderson
