FILED: July 17, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4777 (L)
(3:11-cr-00003-RJC-DSC-17)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DEMORRIS LAMAR ANDERSON

       Defendant - Appellant

_____

O R D E R

_____

      Appellants have filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

      The court grants appellants leave to file a joint appendix not to exceed 2000 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk